UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80086-CIV-CANNON

**NUSRAT RIZVI and EILEEN RIZVI,**

    Plaintiffs,
v.

**VICTOR A. BOLDEN, et al.,**

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Plaintiff's Complaint [ECF No. 1], filed on January 15, 2021. The Complaint was previously referred to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation ("R&R") on all dispositive matters [ECF No. 40]. On June 2, 2021, Magistrate Judge Reinhart issued an R&R recommending that the case be dismissed without prejudice for failure to prosecute [ECF No. 47]. The R&R notified the parties that any objections had to be filed within fourteen days of the entry of the R&R [ECF No. 47 p. 5]. On June 16, 2021, Defendant Hinckley, Allen & Snyder, LLP filed a Partial Objection to the R&R, arguing that Plaintiff's complaint should be dismissed with prejudice rather than without prejudice because Plaintiffs have engaged in what they describe as a pattern of "clear failure to prosecute, willful delay, and failure to follow Court Orders" [ECF No. 53 p. 2; *see* ECF No. 53 (providing additional background in support of Plaintiffs' failure to prosecute similar cases based on same operative facts)]. Plaintiff has not filed objections or sought additional time in which to do so.

The Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir.

2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court also has reviewed the record and agrees with Defendant Hinckley, Allen & Snyder, LLP that dismissal with prejudice is warranted for the reasons stated in the Partial Objection [ECF No. 53]. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R [ECF No. 40] is **ADOPTED** with the additional clarification that the Complaint is dismissed with prejudice as opposed to without prejudice;

2. The Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**;

3. All pending motions are **DENIED AS MOOT**; and

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Fort Pierce, Florida this 17th day of June 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record